# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF FLORIDA

## CIVIL COMPLAINT

Christopher Jon Pergrossi ,

_____ ,

*(Write the full name of each Plaintiff who is filing this complaint. If the names of all the plaintiffs cannot fit in the space above, please write "see attached" in the space and attach an additional page with the full list of names.)*

v.

Assistance to another case ,

Epic Games ,

_____ ,

*(Write the full name of each Defendant who is being sued. If the names of all the Defendants cannot fit in the space above, please write "see attached" in the space and attach an additional page with the full list of names.)*

Case No.: 1-20-cv-180-AW GRJ
*(To be filled in by the Clerk's Office)*

**Jury Trial Requested?**
☐ YES  ☑ NO

## I. PARTIES TO THIS COMPLAINT

  A. Plaintiff(s)

   1. Plaintiff's Name: Christopher Jon Pergrossi

   Address: 205 SE 16th Ave. Apt 24A

   City, State, and Zip Code: Gainesville, FL 32601

   Telephone: 352-339-6246 (Home) 352-339-6246 (Cell)

   2. Plaintiff's Name: _____

   Address: _____

   City, State, and Zip Code: _____

   Telephone: _____ (Home) _____ (Cell)

   *(Provide this information for any additional Plaintiffs in this case by attaching an additional page as needed.)*

  B. Defendant(s)

   1. Defendant's Name: Epic Games

   Name of Employer *(if relevant)*: _____

   Address: 620 Crossroads Blvd.
   Epic Games, Inc.

   City, State, and Zip Code: Cary, NC 27518-6965

2. Defendant's Name: _____

   Name of Employer *(if relevant)*: _____

   Address: _____

   _____

   City, State, and Zip Code: _____

3. Defendant's Name: _____

   Name of Employer *(if relevant)*: _____

   Address: _____

   _____

   City, State, and Zip Code: _____

*(Provide this information for any additional Defendants in this case by attaching additional pages as needed.)*

## II. BASIS FOR JURISDICTION

Federal courts have limited jurisdiction. Generally, only two types of cases may be heard in federal court: (1) a case involving a federal question or (2) case involving diversity of citizenship of the parties. A "federal question" case arises under the United States Constitution or federal laws or treaties. 28 U.S.C. § 1331. A "diversity" case means a citizen of one State sues a citizen of another State or nation. No defendant may be a citizen of the same State as any Plaintiff in a diversity case, and the amount in controversy must be more

than $75,000. 28 U.S.C. § 1332.

What is the basis for federal court jurisdiction? *(check all that apply)*

☑ Federal Question ☐ Diversity of Citizenship

Fill out the paragraphs in this section that apply to this case.

A. If the Basis for Jurisdiction Is a Federal Question:

List the specific federal statutes, federal treaties, and/or provisions of the United States Constitution that are at issue in this case: _____

_____ (see attached page) _____

_____

_____

_____

B. If the Basis for Jurisdiction is Diversity of Citizenship:

1. Plaintiff(s)

    a. Plaintiff is an individual and a citizen of: _____

    b. If any Plaintiff is a business or corporation, list the State where the business is incorporated _____ or has its principal place of business: _____

    _____

    *(Note: Businesses/Corporations must be represented by counsel.*

(continued from page 4)
1. All transactions are allowed to take place that are not unlawful yet Google and Apple do act to stop transactions taking place that are legal.
2. All transactions that take place don't need to pay a tax to any one private business yet Apple and Google do act to place a tax on any app that is reaching consumers through the Android or Apple phone app stores.
3. The consumers on Google and Apple devices have no say in what apps are allowed to exist despite refusing to pay Google and Apple so this is a tyranny on the consumer as much as on the business of Epic Games.
4. The consumers on Google and Apple devices have no alternative and would be forced to abandon their lawful property to switch so Google and Apple have stolen from these consumers.
5. The extortion of all the property developers on these app stores has continued for so long the amount of money stolen has amounted to the felony penalty of larceny, grand and both Apple and Google have committed felony crimes making this case suitable for a federal court.

*Attach additional page to provide this information for additional Plaintiffs.)*

2. Defendant(s)

   a. If the Defendant is an individual, identify their citizenship below.

      1. Defendant *(name)* _____

         is a citizen of *(State)* _____

      2. Defendant *(name)* _____

         is a citizen of *(State)* _____

      3. Defendant *(name)* _____

         is a citizen of *(State)* _____

   b. If the Defendant is a corporation or business, list the state of incorporation or principal place of business below.

      1. Defendant *(name)* _____

         State of Incorporation is _____

         or Principal Place of Business is _____

      2. Defendant *(name)* _____

         State of Incorporation is _____

         or Principal Place of Business is _____

      *(Attach additional page if necessary to list all Defendants.)*

   3. Have you previously been involved in litigation with one or more

of the named Defendants?

☐ Yes   ☐ No

If yes, identify prior case #: _____ Date: _____

Court: _____

Defendant: _____

Judge: _____

Result: _____

## III. STATEMENT OF CLAIM

Write a short and plain statement of your claim. Do not make legal arguments or quote from cases. State the facts which show what happened, as well as where and when it happened. State how each Defendant was involved and explain what a Defendant did or did not do; identify how each Defendant caused you harm or violated federal law. Write each statement in numbered paragraphs, limited as far as practicable to a single event or incident. If more than one claim is asserted, number each claim, and ensure that a short and plain statement of facts supporting each claim is included in the facts alleged. Attach no more than two (2) additional pages to state your claim.

_____ (see attached page) _____

_____

(continued from page 6)

1. All principles of each app store of Google and Apple are illegal because they tax developers to transact money.
2. The Google and Apple app stores are in violation of free market principle because they will not allow these businesses that are not Apple's or Google's to transact lawfully without paying Google or Apple depending on the market.
3. The consumer of Epic Games is not necessarily the consumer of Apple or Google yet Apple and Google do act to remove Epic Games when informed of this fact.
4. The consumer of Epic Games is not allowed to choose not to pay Apple or Google yet still have regular access to the game they have already acquired so Apple and Google are both taxing the consumer as well as the business.
5. The market on the phone is not property of Apple or Google because there are properties on the market that do not belong to Apple or Google despite any language they use that seems to steal ownership for the platform these properties are sold or operated on. All property exists and so who can claim to have the best way to use it is not necessarily the owner. The owner is the owner and property may not transfer by extortion or by other criminal act.
6. The verdict here will be to release all property owners of any indemnity to Apple or Google that are on these app stores and continue to function them normally so the privatization of the store must take place.
7. The public trust of Apple and Google must be broken up to release the future property owners of any further indemnity to Apple or Google. All the points of the phone manufacturing must be separated from the market acts.
8. The revenue that was paid to Apple and Google for the app stores was extortion because there was no consumer that was purchasing from Apple or Google yet Apple and Google did act to insert themselves into the transaction to receive a fee for being present. The transaction should have been with the business owner only but by rating the fee by how many customers Apple and Google were seeing the customer is assumed to also be a customer of Apple or Google and this is false. The customer arrived to purchase from the business Epic Games for the game and similarly in the game itself for merchandise and Apple and Google explicitly forbid this by removing Epic Games for avoiding this demand.

## IV. RELIEF REQUESTED

State briefly and precisely what damages or other relief the plaintiff asks the court to order. Do not make legal arguments. Include any basis for claiming that the wrongs alleged are continuing at the present time. Include the amounts of any actual damages claimed for the acts alleged and the basis for these amounts. Include any punitive or exemplary damages claimed, the amounts, and the reasons you claim you are entitled to actual or punitive money damages. _____(see attached page)_____

## V. CERTIFICATION

As required by Federal Rule of Civil Procedure 11, I certify by signing below that to the best of my knowledge, information, and belief, this complaint: (1) is not being presented for an improper purpose, such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation; (2) is supported by existing law or by a non-frivolous argument for extending,

(continued from page 7)

1. Break up Google and Apple to avoid further indemnity from any property owner that is not owned by either having to pay them simply to use their property or allow their property to be used.
2. Create a future-trust that is the sum of all moneys paid into Apple or Google each to fight against all the monopolies that will exist anytime the sole ownership of a device is used against property owners. The money that was paid into Apple or Google as part of this monopoly-verdict cannot all be returned to each original party because this theft has taken place for so long so none of it can be returned fairly without a substitute for all returns. This trust-fund will defend future similar victims of monopoly and is a real way to prevent this fraud from happening again. The parties who are still in existence may appeal to have their money returned and to this trust-fund with adequate records.

modifying, or reversing existing law; (3) the factual contentions have evidentiary support or, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Rule 11.

I agree to timely notify the Clerk's Office if there is any change to my mailing address. I understand that my failure to keep a current address on file with the Clerk's Office may result in the dismissal of my case.

Date: Aug. 16, 2020   Plaintiff's Signature: _____

Printed Name of Plaintiff: Christopher Jon Pergrossi

Address: 205 SE 16th Ave. Apt. 24A

Gainesville, FL 32601

E-Mail Address: steamdriven80@gmail.com

Telephone Number: 352-339-6246

*(Additional signature pages must be attached if there is more than one Plaintiff.)*