UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA

Amended
~~CIVIL~~ COMPLAINT

Christopher Van Pergrossi          ,

_____,

*(Write the full name of each Plaintiff who is filing this complaint. If the names of all the plaintiffs cannot fit in the space above, please write "see attached" in the space and attach an additional page with the full list of names.)*

v.

Case No.: 1:20-cv-180-AW-GRJ
*(To be filled in by the Clerk's Office)*

In Assistance To Another Case  ,   First Amendment

**Jury Trial Requested?**
☐ YES  ☑ NO

Google          ,

Apple          ,

*(Write the full name of each Defendant who is being sued. If the names of all the Defendants cannot fit in the space above, please write "see attached" in the space and attach an additional page with the full list of names.)*

_____/

## I. PARTIES TO THIS COMPLAINT

A. Plaintiff(s)

1. Plaintiff's Name: Christopher Jon Pecgrossi

   Address: 205 SE 16th Ave Apt 24A

   City, State, and Zip Code: Gainesville, FL 32601

   Telephone: 352-339-6246 (Home) 352-339-6246 (Cell)

2. Plaintiff's Name: _____

   Address: _____

   City, State, and Zip Code: _____

   Telephone: _____ (Home) _____ (Cell)

   *(Provide this information for any additional Plaintiffs in this case by attaching an additional page as needed.)*

B. Defendant(s)

1. Defendant's Name: Google

   Name of Employer *(if relevant)*: _____

   Address: 1600 Amphitheatre Parkway

   City, State, and Zip Code: Mountain View, California 94043

2. Defendant's Name: __Apple__

   Name of Employer *(if relevant)*: _____

   Address: __One Apple Park Way__

   _____

   City, State, and Zip Code: __Cupertino, CA 95014__

3. Defendant's Name: _____

   Name of Employer *(if relevant)*: _____

   Address: _____

   _____

   City, State, and Zip Code: _____

   *(Provide this information for any additional Defendants in this case by attaching additional pages as needed.)*

## II. BASIS FOR JURISDICTION

Federal courts have limited jurisdiction. Generally, only two types of cases may be heard in federal court: (1) a case involving a federal question or (2) case involving diversity of citizenship of the parties. A "federal question" case arises under the United States Constitution or federal laws or treaties. 28 U.S.C. § 1331. A "diversity" case means a citizen of one State sues a citizen of another State or nation. No defendant may be a citizen of the same State as any Plaintiff in a diversity case, and the amount in controversy must be more

than $75,000. 28 U.S.C. § 1332.

What is the basis for federal court jurisdiction? *(check all that apply)*

☑ Federal Question   ☒ ᵍᵖ Diversity of Citizenship

Federal question because it is the mandate of the Court.

Fill out the paragraphs in this section that apply to this case.

A. If the Basis for Jurisdiction Is a Federal Question:

   List the specific federal statutes, federal treaties, and/or provisions of the United States Constitution that are at issue in this case: _____

   _____(see attached page)_____

   15 U.S.C. Sec. 1, Sec. 2, Sec. 6, Sec. 9

   _____

B. If the Basis for Jurisdiction is Diversity of Citizenship:

   1. Plaintiff(s)

      a. Plaintiff is an individual and a citizen of: _____

      b. If any Plaintiff is a business or corporation, list the State where the business is incorporated _____ or has its principal place of business: _____

      _____

      *(Note: Businesses/Corporations must be represented by counsel.*

*Attach additional page to provide this information for additional Plaintiffs.)*

2. Defendant(s)

   a. If the Defendant is an individual, identify their citizenship below.

      1. Defendant *(name)* _____

         is a citizen of *(State)* _____

      2. Defendant *(name)* _____

         is a citizen of *(State)* _____

      3. Defendant *(name)* _____

         is a citizen of *(State)* _____

   b. If the Defendant is a corporation or business, list the state of incorporation or principal place of business below.

      1. Defendant *(name)* _____

         State of Incorporation is _____

         or Principal Place of Business is _____

      2. Defendant *(name)* _____

         State of Incorporation is _____

         or Principal Place of Business is _____

      *(Attach additional page if necessary to list all Defendants.)*

3. Have you previously been involved in litigation with one or more

of the named Defendants?

☐ Yes   ☐ No

If yes, identify prior case #: _____ Date: _____

Court: _____

Defendant: _____

Judge: _____

Result: _____

## III. STATEMENT OF CLAIM

Write a short and plain statement of your claim. Do not make legal arguments or quote from cases. State the facts which show what happened, as well as where and when it happened. State how each Defendant was involved and explain what a Defendant did or did not do; identify how each Defendant caused you harm or violated federal law. Write each statement in numbered paragraphs, limited as far as practicable to a single event or incident. If more than one claim is asserted, number each claim, and ensure that a short and plain statement of facts supporting each claim is included in the facts alleged. Attach no more than two (2) additional pages to state your claim.

_(see attached pages)_

_~~No~~ (see attached page)_

(continued from page 6)

In response to Judge specific "Plaintiff confusingly names "Epic Games" as the Defendant in this case". When I filed this case I had no defendant listed but the Clerk of the Court at the U.S. District Court in Gainesville, FL told Me to place "Epic Games" as the Defendant, which I understand now is incorrect. Please consider Epic Games as the Plaintiff that I am assisting selflessly and without personal benefit to sue the Defendants Google and Apple.

In response to Judge specific "When screening, the Court must dismiss any claim if it is … (ii) fails to state a claim upon which relief may be granted". I am not seeking any personal claim and I have no financial or other obligation to any party involved. I am selflessly acting to provide relief because I saw lawlessness occurring and I will not stand for it. I will provide an argument for My tactic in the law:

e. Following the course of the Constitution the law is in effect in the United States.
f. All laws in the United States must act in the same direction or the United States is falling out of the law.
g. This is seen because the law will always win in court.
h. I can conclude as all judges will conclude by simply denying falling out of the law.
i. If I were a normal individual without the resources available to Me I would find the federal bench unapproachable. The law is serious but not so serious it may be held away from the public.

In response to Judge specific "Plaintiff fails, however, to identify which antitrust laws are being violated and how he has standing to seek redress against any party under federal antitrust law". I find such laws now,

j. The Sherman Act outlaws "every contract, combination, or conspiracy in restraint of trade" 15 U.S. Code § 1. The conspiracy in restraint of trade is to remove the Plaintiff from all opportunities in these markets where the Plaintiff has property that is being sold and used because the Plaintiff did not pay a tax to the Defendants who are not involved in the work of the Plaintiff at all.
k. The Sherman Act outlaws "Every person who shall monopolize, or attempt to monopolize, or combine or conspire with any other person or persons, to monopolize any part of the trade or commerce" 15 U.S. Code § 2. The Plaintiff has been ejected from the market to the disadvantage of the Plaintiff when a competing method to earn revenue was created that avoided paying the price fixed by the Defendants Apple and Google despite the participation of the Defendants Apple and Google in the work is zero. The presence of "zero participation" in the creation of the item that was sold, which is purely made by the Plaintiff in Their product "Fortnite", means Defendants Apple and Google were acting to extend Their business over that of the Plaintiff without good cause. Without any restraint on why Defendants Apple and Google may charge a fee to Plaintiff Epic Games then Epic Games is a subsidiary of Defendants Apple and Google and this isn't the case.

"Monopoly" is a control or advantage obtained by one entity over the commercial market in a specific area. Monopolization is an offense under federal anti trust law. The

two elements of monopolization are (1) the power to fix prices and exclude competitors within the relevant market.[1]

In response to Judge specific "In order to proceed in federal court, Plaintiff must establish as a threshold matter that he has "standing" to sue", and in response to Judge specific "for relief, he seeks to "break up" the companies and create a "future-trust" to "defend future similar victims of monopoly" as "a real way to prevent this fraud from happening again". The Sherman Act provides remedy against monopolies and restraint of trade or commerce, "the several district courts of the United States are invested with jurisdiction to prevent and restrain violations of sections 1 to 7 of this title". 15 U.S. Code § 9. I ask the Court to pursue the limitation on Defendants Apple and Google from monopolizing access to these customers.

I am always harmed by any monopoly in the United States or abroad, as are all people. In standing I am a consumer and I am a business owner and all monopolies seek explicitly to remove the law from all normal business. It is similar to a common criminal - anyone may call 9-1-1 to report them. I am not seeking a personal fine on Defendants Apple and Google, and only the restoration of the law.

In response to Judge specific "Mere vague and conclusional assertions that Google and Apple have violated antitrust laws are insufficient to proceed with an antitrust case". If I may I would like to improve the entire standing of law in the United States. I will prove using logic how a business is or is not a monopoly and I will support it with fact from the Sherman Act. Then I will show how this can be applied to Google and to Apple and how the Plaintiff Epic Games can be shown to be a victim.

a. The Sherman Act states: "Every person who shall monopolize, or attempt to monopolize, or combine or conspire with any other persons, to monopolize any part of the trade or commerce . . . shall be deemed guilty of a felony." 15 U.S. Code § 2.
b. The entire principle of the Sherman Act may be restated: allow no business that seeks to place one or more other businesses underneath it in ability to flourish. This follows from to monopolize is a felony, a monopoly is an unfair advantage or control over the ability to compete or to have fair pricing, and the U.S. Code will intervene to stop this felonious conduct.
c. This is exactly the general principle: allow none to do unto others what they would not allow done unto them.
d. There are very, very specific ideas in the Sherman Act and all of these create a huge body of law that is tough to navigate!
e. I will restate how the Plaintiff and the Defendants are engaged in business to reach customers.
    i. The Plaintiff has built a property that is valuable and not unethical in fact, called "Fortnite".
    ii. The Plaintiff allows digital property inside this property to be sold and does so to earn revenue.

---

[1] https://definitions.uslegal.com/m/monopoly/

      iii.    The Defendants Apple and Google are independent, and only similarly act in this one way: They each have a product that they sell that is a way to reach phone users, called Their "app stores".

      iv.    The Plaintiff was not allowed to sell Their own property, which is inside Their game "Fortnite", because Defendants Apple and Google restrict it to be taxed for Themselves. The app stores are not being used because the customer already has "Fortnite" and the transaction is between Plaintiff Epic Games and the customers. The participation of Apple and Google is zero. The app stores delivered the game to the customer, then Apple and Google did not stop. The Defendants inserted Themselves into the private exchange between the customers and Plaintiff Epic Games to monopolize this type of transaction and imposed a penalty when Epic Games went around this monopoly. The app stores have nothing to do with Epic Games and the customers yet they are how Defendants Apple and Google imposed a sanction on the Plaintiff.

      v.    Defendants Apple and Google may have independent transactions with the customer, but Plaintiff Epic Games may not. This is Defendants Apple and Google both placing Epic Games beneath Them as an inferior business, and therefore it violates the Sherman Act.

l.   A second, additional way to know a crime was committed is to check if this event was ethical. All ethical events are not the worst kind of event. Therefore if I can find that this event was a "worst case scenario" then it wasn't ethical to occur. Here I do so: worse is, there is no way for a business to reach a customer without paying another business because this is extortion. Avoiding this worst case means there is always a way for a business to reach a customer without needing to pay another business. In this case it is clear Defendants Apple and Google are punishing Plaintiff Epic Games for reaching customers without paying the Defendants. Worse is, to pay a business for doing no work. This is a lack of good faith on the part of the business! Plaintiff Epic Games must pay Defendants Apple and Google to sell in-game property that is manufactured and distributed solely by Epic Games, is the argument made by Defendants Apple and Google. Apple and Google are acting in bad faith.

In response to Judge specific "to have standing to bring an antitrust action a plaintiff must have suffered antitrust injury". Further "to have standing the plaintiff must establish that he is an efficient enforcer of the antitrust laws."

a. I am an owner of an iPhone and so this monopoly by Apple extends to reach Me in fact.
b. I was an owner and could be an owner of an Android phone within the day and so this part of the monopoly from Google extends to reach Me in fact.
c. I am affected by the inability to reach "Fortnite" because of the actions of the Defendant Apple and I won't stand for an extortion of a business that is trying to reach Me by Defendants Apple or Google.
d. This requirement is seeming to hide the lawlessness of criminals behind the inability to stand against them because I must prove that I should be allowed to stand against crime. It is clear that lawlessness is wrong in all courts and in all ways and I should be allowed to simply "see" lawlessness to be allowed to fight it.

_____

_____

## IV. RELIEF REQUESTED

State briefly and precisely what damages or other relief the plaintiff asks the court to order. Do not make legal arguments. Include any basis for claiming that the wrongs alleged are continuing at the present time. Include the amounts of any actual damages claimed for the acts alleged and the basis for these amounts. Include any punitive or exemplary damages claimed, the amounts, and the reasons you claim you are entitled to actual or punitive money damages. _____(see attached page)_____

_____

_____

## V. CERTIFICATION

As required by Federal Rule of Civil Procedure 11, I certify by signing below that to the best of my knowledge, information, and belief, this complaint: (1) is not being presented for an improper purpose, such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation; (2) is supported by existing law or by a non-frivolous argument for extending,

(continued from page 7)

    The markets of Defendants Apple and Google must be removed from Their control to eject simple competitors who sell there which includes the Plaintiff or the ability to set the prices charged on the markets of Defendants Apple and Google must be removed from Them or both. These are the elements of a monopoly: the power to fix prices and the exclusion of competitors from the market.[2] Specific powers to the Court are to seize the property from Defendants Apple and Google if They are found to have conspired for "restraint of trade or commerce". 15 U.S. Code § 1. This follows from 15 U.S. Code § 6. "any property owned under any contract or by any combination, or pursuant to any conspiracy (and being the subject thereof) mentioned in section 1 of this title, and being in the course of transportation from one State to another, or to a foreign country, shall be forfeited to the United States, and may be seized and condemned by like proceedings as those provided by law for the forfeiture, seizure, and condemnation of property imported into the United States contrary to law."

    The markets the Defendants create and manage and which are the mechanism of Their monopoly over the Plaintiff Epic Games are Their property and therefore the Court should seize these markets and place them in a separate organization with a different control than Defendants Apple and Google. This is an explanation of the term "to break up" Apple and Google.

    Furthermore Defendants Apple and Google have collected billions of dollars in revenue[3,4] that is Their property. The Court must seize these illegal revenues from the profits of a monopoly and then hold them in a trust for the reason I specify in My original filing: the original owners of this money are not all proven to still exist. I sought to provide the Court with a real way to hold this property that will still hear the affected parties, all of them on the markets of Defendants Apple and Google, to return to them what was stolen from them. I believe always a "trust fund" needs a reason for money to arrive and a reason for money to be spent and so I provided these in My original filing.

    In response to Judge specific "a cursory review of Plaintiff's other complaints reflects that many of them are due to be dismissed as frivolous." I further mitigate this argument "a claim is frivolous if it is without arguable merit either in law or fact." Thank you, Honorable Judge Gary R. Jones, for the lovely order that was very carefully cited and I see an example now of how to proceed. These are My first lawsuits and I hope to be a fierce defender of the law. I have proven that this case is easily within the bounds of the law, and I was using a real technique though I will cite My logic from now on directly from the U.S. Code. Please consider that I was able to prove to satisfaction that the logic I used was meaningful and not intended to waste the Judge's or Court's time. Please allow all of My suits to continue and I simply promise I will research exact citations of the law to follow My already submitted lawsuits, following the order dated 19 August 2020.

---

[2] https://definitions.uslegal.com/m/monopoly/
[3] "Apple's App Store platform grossed around $50 billion in 2019" https://www.cnbc.com/2020/01/07/apple-app-store-had-estimated-gross-sales-of-50-billion-in-2019.html
[4] "Once again, iOS App Store 2019 revenue, at $33.2 billion is significantly higher than Google Play revenue of $21.5 billion" https://www.businessofapps.com/data/app-revenues/

modifying, or reversing existing law; (3) the factual contentions have evidentiary support or, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Rule 11.

I agree to timely notify the Clerk's Office if there is any change to my mailing address. I understand that my failure to keep a current address on file with the Clerk's Office may result in the dismissal of my case.

Date: Aug. 20, 2020    Plaintiff's Signature: _____

Printed Name of Plaintiff: Christopher Jon Pergrossi

Address: 205 SE 16th Ave. Apt. 24 A
         Gainesville, FL 32601

E-Mail Address: steamdriven80@gmail.com

Telephone Number: 352-339-6246

*(Additional signature pages must be attached if there is more than one Plaintiff.)*