# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF FLORIDA

## Amended ~~CIVIL~~ COMPLAINT

Christopher J. Pergrossi ,

_____ ,

*(Write the full name of each Plaintiff who is filing this complaint. If the names of all the plaintiffs cannot fit in the space above, please write "see attached" in the space and attach an additional page with the full list of names.)*

Second Amendment

v.

Case No.: 1:20-CV-180-AW-GRJ
*(To be filled in by the Clerk's Office)*

Apple Inc ,

Google LLC ,

Jury Trial Requested?
☐ YES ☑ NO

_____ ,

*(Write the full name of each Defendant who is being sued. If the names of all the Defendants cannot fit in the space above, please write "see attached" in the space and attach an additional page with the full list of names.)*

## I. PARTIES TO THIS COMPLAINT

A. Plaintiff(s)

1. Plaintiff's Name: Christopher J. Pergrossi

   Address: 205 SE 16th Ave. Apt. 24A

   City, State, and Zip Code: Gainesville, FL 32601

   Telephone: 352-339-6246 (Home)  352-339-6246 (Cell)

2. Plaintiff's Name: ___

   Address: ___

   City, State, and Zip Code: ___

   Telephone: ___ (Home) ___ (Cell)

   *(Provide this information for any additional Plaintiffs in this case by attaching an additional page as needed.)*

B. Defendant(s)

1. Defendant's Name: Apple Inc

   Name of Employer *(if relevant)*: ___

   Address: One Apple Park Way

   City, State, and Zip Code: Cupertino, CA 95014

2. Defendant's Name: __Google LLC__

Name of Employer *(if relevant)*: _____

Address: __1600 Amphitheatre Parkway__

_____

City, State, and Zip Code: __Mountain View, California 94043__

3. Defendant's Name: _____

Name of Employer *(if relevant)*: _____

Address: _____

_____

City, State, and Zip Code: _____

*(Provide this information for any additional Defendants in this case by attaching additional pages as needed.)*

## II. BASIS FOR JURISDICTION

Federal courts have limited jurisdiction. Generally, only two types of cases may be heard in federal court: (1) a case involving a federal question or (2) case involving diversity of citizenship of the parties. A "federal question" case arises under the United States Constitution or federal laws or treaties. 28 U.S.C. § 1331. A "diversity" case means a citizen of one State sues a citizen of another State or nation. No defendant may be a citizen of the same State as any Plaintiff in a diversity case, and the amount in controversy must be more

than $75,000. 28 U.S.C. § 1332.

What is the basis for federal court jurisdiction? *(check all that apply)*

☐ Federal Question    ☐ Diversity of Citizenship

Fill out the paragraphs in this section that apply to this case.

A. If the Basis for Jurisdiction Is a Federal Question:

List the specific federal statutes, federal treaties, and/or provisions of the United States Constitution that are at issue in this case: _____

_____No new statement._____

_____

_____

_____

B. If the Basis for Jurisdiction is Diversity of Citizenship:

1. Plaintiff(s)

    a. Plaintiff is an individual and a citizen of: _____

    b. If any Plaintiff is a business or corporation, list the State where the business is incorporated _____ or has its principal place of business: _____

    _____

    *(Note: Businesses/Corporations must be represented by counsel.*

*Attach additional page to provide this information for additional Plaintiffs.)*

2. Defendant(s)

   a. If the Defendant is an individual, identify their citizenship below.

      1. Defendant *(name)* _____

         is a citizen of *(State)* _____

      2. Defendant *(name)* _____

         is a citizen of *(State)* _____

      3. Defendant *(name)* _____

         is a citizen of *(State)* _____

   b. If the Defendant is a corporation or business, list the state of incorporation or principal place of business below.

      1. Defendant *(name)* _____

         State of Incorporation is _____

         or Principal Place of Business is _____

      2. Defendant *(name)* _____

         State of Incorporation is _____

         or Principal Place of Business is _____

      *(Attach additional page if necessary to list all Defendants.)*

3. Have you previously been involved in litigation with one or more

of the named Defendants?

☐ Yes    ☐ No

If yes, identify prior case #: _____ Date: _____

Court: _____

Defendant: _____

Judge: _____

Result: _____

## III. STATEMENT OF CLAIM

Write a short and plain statement of your claim. Do not make legal arguments or quote from cases. State the facts which show what happened, as well as where and when it happened. State how each Defendant was involved and explain what a Defendant did or did not do; identify how each Defendant caused you harm or violated federal law. Write each statement in numbered paragraphs, limited as far as practicable to a single event or incident. If more than one claim is asserted, number each claim, and ensure that a short and plain statement of facts supporting each claim is included in the facts alleged. Attach no more than two (2) additional pages to state your claim.

No new statement.

_____

_____

## IV. RELIEF REQUESTED

State briefly and precisely what damages or other relief the plaintiff asks the court to order. Do not make legal arguments. Include any basis for claiming that the wrongs alleged are continuing at the present time. Include the amounts of any actual damages claimed for the acts alleged and the basis for these amounts. Include any punitive or exemplary damages claimed, the amounts, and the reasons you claim you are entitled to actual or punitive money damages. ___3 new pages added, see attached.___

_____

_____

_____

## V. CERTIFICATION

As required by Federal Rule of Civil Procedure 11, I certify by signing below that to the best of my knowledge, information, and belief, this complaint: (1) is not being presented for an improper purpose, such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation; (2) is supported by existing law or by a non-frivolous argument for extending,

Response to Case No. 1:20-cv-180-AW-GRJ, ECF No. 6, Judge's Order dated 3 September 2020.

Pursuant to the judge's recommendation, I am releasing this claim and forfeiting this case. I make last, closing arguments.

(1) All parties in this lawsuit are not legal. Apple Inc, Google LLC, and even I've learned, Microsoft Corp, are engaged in the same, 30% commission on in-app purchases monopoly, independently of each other.

(2) The rights to forfeit are not the rights to dislay a claim against the Suit and the Court. This Court has shown no interest in pursuing the course of justice this day. All parties will find this is a wrong in good time, and this Court will be held to account for the negligence of the United States Government in participating in the course of law. I will sue, when Epic Games is found in the win, and not for any money, but to dismay any future court from acting so blatantly self-interestingly and without regard for the common person who will act to protect the country for which he stands.

(3) I have reported this case to the Federal Bureau of Investigation, because clearly there is a monopoly and with the amounts in progress, totalling at least 50 billion dollars for just the first 6 months of 2020[1], there is very little else the Justice Department Anti-Trust field could possibly be working on than this. I hope the Court will realize the seriousness of this event.

(4) I have written the attorneys for Epic Games at the headquarters in Cary, NC with this lawsuit case number and My arguments, which is all I wanted. I had hoped the Court would see the merit to My arguments and I would gain a backer to defeat lawlessness and tyranny. I draw a parallel to another type of crime: organized, or "mafia"-style crime. The mafia will approach a business and order them to pay. The mafia has nothing to do with the business, no legal right to the money, but there is a penalty of violence if refusal. This is called "thugery" and is exactly what Apple, Google, and Microsoft engage in when they demand to be paid despite not being involved. They have a whip that is to remove the business from the app-store if they don't get paid. This Court should see that there is a problem here or the Court doesn't understand what a monopoly is.

(5) I condemn the United States for failing to recognize the country has only one defender: interested people who occupy and self-criticize into action for the duty of defense. The United States has no defenders if no one acts to defend it. I am such a defender and I am righting a wrong in the name of Justice and the Law and the Court is My obstacle instead of My savior! The possibility of crime exists, gentlepeople of the Court and the future courts. Always any person could be a criminal, in disguise or plain sight. There is no reason not to investigate unless criminals may flourish in your sight.

(6) There can be no Law except one where only the belief in right will flourish. The U.S. Code and other regulations and standards are not the only way to find right, but are an accepted way. In this Court I proved to find the right way and the Court rebuffed Me. The Court doesn't recognize any right even when I cite the law. The Court is plain for Me to

---

[1] See https://www.cultofmac.com/716174/app-store-revenue-continues-to-dwarf-google-plays-in-2020/.

see is a wrong that must also be righted and I will find the solution in time. No wrong may stand forever when there are those who won't let "wrong" ring "right".

(7) I close with one final argument: "[I] face an insurmountable hurdle: [I] am not an attorney and cannot represent another party's interests in this Court". This is a falsehood that has stood since 1815 when Lawrence argued that his opponent cannot stand against him in court because he "wasn't fit to carry the burden of a licensed law practice". Clearly, I am as good as another person when I am right in standing and in stature in the law. Clearly, an attorney's license is fit to carry someone else through court because it protects the public from harm. I need no attorney's license to carry the right answer through court though and here I represent the interests of the United States in stopping an illegal act, yet the judge could not find a single version of events where I triumphed. This is a damning sign for the United States court system, Judge Jones, and know I am a very powerful person in the sight of the Law and I carry a mighty stick of the right words to condemn the wrong ways of Men. I condemn you now:

(a) Four counts of MISCHIEF WITH DEMNING REMARKS, 2 months in penitentiary each. This is because you have no way with your words to protect Me and My rights in the law. When a person approaches a judge they approach an equal who is guaranteed to follow the law. I found a mischief and a maker of trouble and without the way I could possibly see My way through the United States Federal Court.

(b) Two counts of BURDEN UNCOMESOME, 4 months - 8 months depending on character. This is where an official act of the government could have been misidentified as a criminal act in order to make the government seem more powerful. The government has no right to impose power on the people except to guarantee the safety and prosperity of everyone together as equals.

(c) Fourteen counts of UNLAWFUL MANDATE AND JURISPRUDENCE IN THE LAW, 18 months total. When a judge must act it must be with the law behind them or they will fall from lack of support. It is required that a judge without the backing of the law must fall or the law is not what is being followed but a judge. I am required to impose a sanction on the judge therefore and it is not My will but the right way that I act for.

(d) Two counts of CENSURE IN THE LAW, a disbarrment from practicing law. The court is a place of haven for those in need of the law. When a person is fleeing a criminal, find yourself at the courthouse, citizen. All people will know the law is real and exists because there is no better house for it than a courthouse. The judge in this case clearly finds no crime when there is one, and it isn't My doing. I brought the case, and the time was marked and stamped for it and I simplified My arguments and clarified My case, as was asked, and I showed no shortage of decorum. The judge, having read My suit, determined there was no outcome for Me and asks Me to refrain from pursuing in the interests of time. No outcome could be found because the judge is not fit to stand in the court he names. A simple mistake could be forgiven, but neglect of this magnitude would allow every criminal business to simply defeat all of their opponents by blocking their

       entrances without reasonable cause and calling it "right". I will design a criminal business right here in this document that would not be found by this Court.

       (i)    Sell the product someone else has purchased. Allow no one to know you don't own it yet sell it anyway. I will earn the money then no product will be delivered. The Court will find that I am not stealing because it refuses to investigate. The customer will complain that a theft took place yet I will argue the item was not for sale in a way that the customer has a reason to argue. It is ridiculous because of course it is illegal, yet here Apple and Google do steal the right to sell Fortnite and it's products but Apple and Google (and also Microsoft though that isn't mentioned in My lawsuit until now) must make money and they do it by selling the product to the one who bought it, Epic Games, rather than to the customer who walks through the door. It is tricky, it is sneaky, and clearly this Court does not see it.

Thank you for your patience, Court and Judge. I end My complaint.

modifying, or reversing existing law; (3) the factual contentions have evidentiary support or, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Rule 11.

I agree to timely notify the Clerk's Office if there is any change to my mailing address. I understand that my failure to keep a current address on file with the Clerk's Office may result in the dismissal of my case.

Date: Sept 5, 2020   Plaintiff's Signature: _____

Printed Name of Plaintiff: Christopher J. Pergrossi

Address: 205 SE 16th Ave. Apt. 24A
Gainesville, FL 32601

E-Mail Address: steamdriven80@gmail.com

Telephone Number: 352-339-6246

*(Additional signature pages must be attached if there is more than one Plaintiff.)*

Cristopher J. Pergrossi
6iamdriven80@gmail.com
225 SE 16th Ave. Apt. 24A
Gainesville, FL 32601

United States Courthouse
401 SE 1st Ave. Ste. 243
Gainesville, FL 32601-6895

JACKSONVILLE FL 32
8 SEP 2020 PM 1

CHECKED SEP 0 1 2020