IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
GAINESVILLE DIVISION

CHRISTOPHER JON PERGROSSI,

    Plaintiff,

v.                                                  CASE NO. 1:20-cv-180-AW-GRJ

EPIC GAMES,

    Defendant.

_____/

**O R D E R**

Plaintiff initiated this case by filing a *pro se* Complaint, ECF No. 1, and is proceeding pursuant to a First Amended Complaint, ECF No. 5. The First Amended Complaint purported to assert antitrust claims on behalf of another entity, Epic Games, against Google Inc. and Apple Inc. ECF No. 5. Because Plaintiff, as a non-lawyer, is not permitted to proceed *pro se* in this case on behalf of Epic Games, the undersigned recommended that the First Amended Complaint be dismissed for failure to state a claim upon which relief may be granted. ECF No. 6.

This case is now before the Court on ECF No. 7, Plaintiff's "Second Amended Complaint". This pleading is improper and will be stricken. First, pursuant to Fed. R. Civ. P. 15(a), a party may amend its pleading once as a matter of course. In all other cases, a party may amend its pleading only

with the opposing party's consent or the Court's leave.  Fed. R. Civ. P. 15(a)(2).  Plaintiff failed to seek the Court's leave to further amend the Complaint.

Second, the face of the "Second Amended Complaint" reflects that Plaintiff is abandoning the claims in this case.  Plaintiff states "pursuant to the judge's recommendation, I am releasing this claim and forfeiting this case."  ECF No. 7.  Plaintiff then goes on to "make last, closing arguments" in which he criticizes the Court for failing to recognize the "merits" of his antitrust claims, and "condemns" the undersigned for the handling of this case.  *Id.* at 8-9.  Such assertions do not present any basis for further amending Plaintiff's claims.

Accordingly, it is **ORDERED** that Plaintiff's "Second Amended Complaint", ECF No. 7, is **STRICKEN** as improperly filed without leave of court.

**DONE AND ORDERED** this 15th day of September 2020.

*s/Gary R. Jones*
GARY R. JONES
United States Magistrate Judge