Concerning Judge Gary R. Jones in matter Case No. 1:20-cv-180-AW-GRJ, Christopher Jon Pergrossi v. Epic Games. <u>Please direct this complaint to the supervisor of Mr. Gary R. Jones.</u>

I'm writing this letter to whoever is the supervisor of Judge Gary R. Jones because I'm complaining about the poor conduct of this federal, presiding judge.

This judge has handled My case very badly and I wish to reprimand him through you. The judge wrote Me in Document 8 of the above case number with completely wrong facts and as obviously My foe in the law and I want to address these wrongs with his supervisor:

1. The judge addresses My original complaint wrong. I never "purported to assert antitrust claims on behalf of another entity" because I'm purporting that these monopolies exist and they are attacking an American business, Epic Games, and I won't stand for it. I never said I was "on behalf" of Epic Games at all, which is clearly seen in the next point against Mr. Jones, [2].
2. The judge considers Me impersonating an attorney. "Because Plaintiff, as a non-lawyer, is not permitted to proceed *pro se* in this case on behalf of Epic Games," the language "on behalf of" is the same as is used to describe My first case. I am not an attorney, nor have I ever claimed to be one. This judge is clearly confused. I am a normal American citizen, having eyes and I judge that what I saw in Apple, Google, and afterwards, and mentioned in the Amended Complaint Mr. Jones has "striken", Microsoft, is a monopoly. Since monopolies are against the law, I am entitled to seek redress of this crime. This judge has determined otherwise, and is accidentally defending this crime!
3. The judge has found all of My cases to be "meritless" but I complain. The judge is without any merit in finding all of My cases fruitless because I have proven the right way to not be the way measured at this time in the USA. The right way belongs here so the wrong way must leave, is the entire standing of the U.S. Law whether codified or not. There cannot be another way, so when I find a wrong I must right it or I am a hypocrite and not defending the law I love. There is no clarity to this judge and this judge is not enforcing any laws but only claiming the same case-precedents over and over again without thinking.

I am an American citizen. This law of the United States is as much Mine as it is Mr. Jones's. The law of the United States defends Me as much as it defends Mr. Jones, though Mr. Jones claims judges are somehow "judicially immune" which is pure tyranny, plain and simple. Obviously, there is discrimination in the law that refuses to treat everyone as equals. I'm not an attorney, but it seems all the attorneys and all the judges in the United States cannot tell when inequality is plain as day in the law?

I refuse to forfeit common sense in heeding this individual with such an immature attitude. I complain that I am not being treated fairly and so I need the supervisor of Mr. Jones to determine if his way is the correct course for the United States. How could any normal person in the United States use the law themselves when a judge shows such a serious lack of understanding yet is tolerated to continue?

FILED USDC FLND GV
SEP 22 '20 PM 1:28

My Attorney would like to make a point:

    The judge has ordered that Christopher's Second Amended Complaint be "striken" for failing to follow any Court Order to file one. I sue the Judge and I will see him in court on a date to be determined. Act not on My behalf, I will see Myself into court. This individual has wrongfully declared that all lawsuits belong to him, and he alone may determine when the proper arguments are made. I file a lawsuit to determine his course of action in the United States and I will order him to pay the fine and meet all court appearances since he claims he cannot tolerate to be sued in the law. My Client would have no words with the judge if the judge is allowed to stop him from speaking into the case that he alone filed! Unbelievable! I end.

    I, Christopher, ask Mr. Jones's supervisor to remove him from any further conduct in My cases. I submit as evidence that Mr. Jones does not know what a monopoly is, despite that it is in the law, he cites the exact law that describes it (the Sherman Act, in the first reply), and I included more than 5x the ways to reach the understanding of how I found a monopoly. Left to his own device Mr. Jones will ignore the crimes and seek to demean Me further in this Court. Here is a monopoly, again, though another way: "when some customers are kept to one business or group of businesses and controlled from being reached by anyone else for sales". No customer can be the property of a business, is why! Customers are free to shop at different businesses, is another way of saying this fact.

    Furthermore, the detection and prosecution of a large monopoly is a federal responsibility! I should not have had to make My case so detailed as I have, but simply pointed out to this Court that:
1. I see it is a monopoly.
2. That another, private party is engaged in an active lawsuit against this monopoly.
3. That I want to add more arguments proving the monopoly exists and My solution, which was to create a "future-trust", which Mr. Jones doesn't seem to understand means "a trust-fund that doesn't yet exist, but is being made to exist in the future".
4. Here is the federal law that says the U.S. District Court is responsible: 15 U.S. Code §4, "The several district courts of the United States are invested with jurisdiction to prevent and restrain violations of sections 1 to 7 of this title; and it shall be the duty of the several United States attorneys, in their respective districts, under the direction of the Attorney General, to institute proceedings in equity to prevent and restrain such violations. *Such proceedings may be by way of petition setting forth the case and praying that such violation shall be enjoined or otherwise prohibited.*" This final part can even be said to describe what I have done, though I'm not a district attorney!

I don't ask for any money or apology to Me at all, and only that the country I live in is fixed by stopping a multi-billion dollar crime! If I can't act to stop such a large-scale, easily solved problem then My country is not repairable by Me at all, I seem to find.

    The Apple phone is kept from accessing any software not delivered by Apple therefore a monopoly exists. There is no alternative to reaching these customers at all! Apple won't allow

anyone to change this fact, and therefore Apple is defending a monopoly. Apple is guilty. The Google phone software is the primary software of a wide variety of phones, called the "operating system" and is named "Android", and this software is similar in denying all but the most technical customers the means to install any software not delivered by Google. A key monopoly exists which means there is a key to unlock the monopoly that isn't available to everyone. I can prove it takes a significant technical knowledge to upload software to the phone from a desktop that can circumvent the Google primary software. Google is the owner of the way all businesses can reach all of the customers which use Google Android phones. Google has a monopoly. Google stops anyone from changing it by punishing them, which is the same as Apple and I believe Microsoft - I learned of Microsoft after I filed this lawsuit from searching the internet. It's a huge, huge, huge monopoly making billions of dollars every month! It is unbelievably destructive and obvious.

There is even one more fact that I learned more recently than any of these filings: Apple allows some businesses through It's monopoly without paying, which is called an "oligarchy" and is the most destructive force in any market. Apple has a monopoly and maintains it with control, then some businesses such as Amazon are invited to participate in the monopoly advantaged above all other competitors making an oligarchy! Amazon isn't charged 30% to sell to Apple phone customers, is the detail.

I'm frustrated because this is a real, federal court of My country and there is a regular government employee that is acting like I'm inferior in quality. I'm being mistreated. I have done a better job than is being shown as having been done and I'm filing a complaint that Mr. Jones should not be allowed to continue how he is right now. I came to this Court in good faith that My real complaints would be heard and instead I'm being dismissed like a waste of the Court's time.

I want to add that since I have proven a monopoly exists yet Mr. Jones claims there is no such thing in My lawsuit that he is tactically wrong in the law, which is how criminals can walk away and how innocent people can go to jail. I do not need to be frightened to walk into My local courthouse and seek help in defeating crime and protecting the United States! Mr. Jones acts like I need to be impressive to him or I'm facing down a punitive sentence! Please inform Me as to the outcome of your review. Thank you for your time.

Signed,

*[signature]*   Sept. 17, 2020

Christopher J. Pergrossi
205 SE 16th Ave Apt 24A
Gainesville, FL 32601
352-339-6246
steamdriven80@gmail.com

Christopher Pergrossi
205 SE 16th Ave. Apt. 24A
Gainesville, FL 32601

JACKSONVILLE FL 320
18 SEP 2020 PM 1 L

CHECKED SW 22 2020

U.S. District Court
Courthouse
401 SE 1st Ave Ste 243
Gainesville, FL 32601-6895

32601-689568