IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
GAINESVILLE DIVISION

**CHRISTOPHER JON PERGROSSI,**

    **Plaintiff,**

**v.**　　　　　　　　　　　　　　　　　　　　Case No. 1:20-cv-180-AW-GRJ

**EPIC GAMES,**

    **Defendant.**

_____/

## ORDER OF DISMISSAL

This case is one of the many pro se cases Plaintiff Christopher Jon Pergrossi has filed in this District. Having considered the magistrate judge's Report and Recommendation (ECF No. 6) and having reviewed de novo the issues raised in the objection (ECF No. 9), I agree that the case should be dismissed.

Pergrossi lacks standing. He says he brings the suit because he has found wrongdoing. He says he is "not seeking any personal claim" and that he simply "saw lawlessness occurring and [] will not stand for it." ECF No. 5 at 7. As for harm, he says he is "always harmed by any monopoly . . . as are all people." *Id.* at 8. He has not alleged enough to show standing, so the case is dismissed for lack of jurisdiction. If the court had jurisdiction, it would dismiss on the merits because Pergrossi has not stated a claim for relief.

The clerk will enter a judgment that says, "This case is dismissed for lack of jurisdiction." The clerk will then close the file.

SO ORDERED on October 5, 2020.

                                        s/ *Allen Winsor*
                                        United States District Judge